UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| BRIAN D. BRADLEY, | |
|---|---|
| Plaintiff, | CASE NO. 2:20-cv-00767-LK-BAT |
| v. | **FOURTH REVISED ORDER SETTING JURY TRIAL AND PRETRIAL DEADLINES** |
| CHRISTIAN A. PRESTEEN, WASHINGTON STATE DEPARTMENT OF CORRECTIONS, MONROE CORRECTIONAL COMPLEX, SUPERINTENDENT MICHAEL OBENLAND, BREEZANN STOUFFER, JOHN/JANE DOES 1-10, | |
| Defendants. | |

The Court **GRANTS** the parties' Fourth Stipulated Motion to Continue Trial Date (Dkt. 21), reschedules the Jury trial for **April 17, 2023**, and revises the case related deadlines as follows:

| Event | Date |
|---|---|
| All motions related to discovery must be filed by | **10/18/2022** |
| Discovery completed by | **11/18/2022** |
| Dispositive motions deadline | **12/19/2022** |
| All *Daubert* motions must be filed by (same as dispositive) | **12/19/2022** |
| Attorney Settlement Conference | **01/17/2023** |

FOURTH REVISED ORDER SETTING JURY
TRIAL AND PRETRIAL DEADLINES - 1

| | | |
|---|---|---|
| Mediation (pursuant to LCR 39.1(c)) deadline | | 02/16/2023 |
| All motions in limine must be filed by this date and noted on the motion calendar no later than the second Friday after filing | | 03/13/2023 |
| Proposed jury instructions and Agreed CR 16.1 Pretrial Order, including exhibit list with completed authenticity, admissibility, and objections due by | | 03/27/2023 |
| Trial briefs, proposed voir dire questions, and deposition designations due | | 04/03/2023 |
| Pretrial conference in Suite 15134 | | 04/07/2023, 10:00 AM |
| Jury Trial before District Judge Lauren King | | 04/17/2023, 10:00 AM |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify Deputy Clerk Andy Quach in writing within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

### DISCOVERY AND COOPERATION

As required by CR 37(a), all discovery matters are to be resolved by agreement if possible. If there is a dispute the parties believe can be resolved through a phone conference with the court, the parties should contact Andy Quach at (206) 370-8421 or via e-mail at: Andy_Quach@wawd.uscourts.gov, as soon as possible. Counsel are also directed to cooperate in preparing the final pretrial order in the format required by CR 16.1, except as ordered below.

FOURTH REVISED ORDER SETTING JURY
TRIAL AND PRETRIAL DEADLINES - 2

## PRETRIAL STATEMENTS, ORDERS, AND EXHIBITS

The parties shall submit their respective pretrial statements and the agreed pretrial order in conformity with CR 16 and CR 16.1. The original and one copy of the trial exhibits are to be delivered to Judge King's chambers on the date the pretrial order is due. Each exhibit shall be clearly marked. The Court hereby alters the CR 16.1 procedure for numbering exhibits: plaintiff's exhibits shall be numbered consecutively beginning with 1; defendants' exhibits shall be numbered consecutively beginning with the next number not used by plaintiff. Duplicate documents shall not be listed twice. Once a party has identified an exhibit in the pretrial order, it may be used by any party. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

## PRIVACY POLICY

Under LCR 5.2(a), parties must redact the following information from documents and exhibits before they are filed with the Court:

- Dates of Birth – redact to the year of birth, unless deceased.
- Names of Minor Children – redact to the initials, unless deceased or currently over the age of 18.
- Social Security or Taxpayer ID Numbers – redact in their entirety
- Financial Accounting Information – redact to the last four digits.
- Passport Numbers and Driver License Numbers – redact in their entirety.

## SETTLEMENT

The Court designates this case for mediation under LCR 39.1(c) and the parties are directed to follow through with the procedures set forth in that rule. If this case settles, plaintiff's counsel shall notify Andy Quach at (206) 370-8421 or via e-mail at: Andy_Quach@wawd.uscourts.gov, as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

FOURTH REVISED ORDER SETTING JURY
TRIAL AND PRETRIAL DEADLINES - 3

DATED this 13th day of June, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

FOURTH REVISED ORDER SETTING JURY
TRIAL AND PRETRIAL DEADLINES - 4