UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN D. BRADLEY,<br><br>      Plaintiff,<br><br>  v.<br><br>CHRISTIAN A. PRESTEEN, WASHINGTON STATE DEPARTMENT OF CORRECTIONS, MONROE CORRECTIONAL COMPLEX, SUPERINTENDENT MICHAEL OBENLAND, BREEZANN STOUFFER, JOHN/JANE DOES 1-10,<br><br>      Defendants. | CASE NO. 2:20-cv-00767-LK-BAT<br><br>**SIXTH REVISED ORDER SETTING JURY TRIAL AND PRETRIAL DEADLINES** |

This matter comes before the Court on the parties' Amended Sixth Stipulated Motion to Continue Trial and Pretrial Deadlines. Dkt. 35. Finding good cause, the Court **GRANTS** the motion and continues the trial date and remaining pretrial deadlines as follows:

| Event | Date |
|---|---|
| **JURY TRIAL SET FOR 9:00 a.m. on** | **March 18, 2024** |
| All motions related to discovery must be filed by | **9/23/2023** |
| Discovery completed by | **10/23/2023** |
| Dispositive motions deadline | **11/20/2023** |

SIXTH REVISED ORDER SETTING JURY
TRIAL AND PRETRIAL DEADLINES - 1

| | | |
|---|---|---|
| 1 | All *Daubert* motions must be filed by (same as dispositive) | **11/20/2023** |
| 2 | Attorney Settlement Conference | **12/18/2023** |
| 3 | Mediation (pursuant to LCR 39.1(c)) deadline | **01/15/2024** |
| 4 | All motions in limine must be filed by this date and noted on the motion calendar no later than the second Friday after filing | **02/12/2024** |
| 5, 6 | Proposed jury instructions and Agreed CR 16.1 Pretrial Order, including exhibit list with completed authenticity, admissibility, and objections due by | **02/27/2024** |
| 7 | Trial briefs, proposed voir dire questions, and deposition designations due | **03/04/2024** |
| 8 | Pretrial conference in Suite 15134 | **03/11/2024, 10:00 AM** |

DATED this 23rd day of June, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

SIXTH REVISED ORDER SETTING JURY
TRIAL AND PRETRIAL DEADLINES - 2