UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN D. BRADLEY,

        Plaintiff,

v.

CHRISTIAN A. PRESTEEN, et al.,

        Defendants.

CASE NO. 2:20-cv-00767-LK-BAT

**ORDER GRANTING STATE DEFENDANTS' MOTION TO SEAL UNREDACTED MOTION FOR SUMMARY JUDGMENT AND EXHIBITS**

      Defendants Washington State Department of Corrections, Monroe Correctional Complex, Michael Obenland, and Breezan Stouffer ("State Defendants") move to seal the unredacted motion for summary judgment and many of the exhibits attached to the supporting declarations (including unredacted Exhibits B & D (deposition excerpts) to the Declaration of Cody Fenton-Robertson; Exhibits I, J, K, L, M, N, O, P, Q, & R to the Declaration of Cody Fenton-Robertson; the unredacted Declaration of Breezann Stouffer; Exhibit A to the Declaration of Breezan Stouffer; the unredacted Declaration of Susan Pierce, PhD; and Exhibits A, B, & C to the Declaration of Susan Pierce, PhD). Dkt. 43. The State Defendants make this request based upon the guidelines previously set forth in the protective order entered by this Court (Dkt. 15). Plaintiff does not oppose the motion. *Id.* at 3.

ORDER GRANTING STATE DEFENDANTS'
MOTION TO SEAL UNREDACTED MOTION
FOR SUMMARY JUDGMENT AND
EXHIBITS - 1

1    Accordingly, it is **ORDERED**:

2    1.    State Defendants' unopposed Motion to Seal the unredacted Motion for Summary

3 Judgment and Related Documents (Dkt. 43) is **GRANTED**.

4    DATED this 28th day of March, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING STATE DEFENDANTS'
MOTION TO SEAL UNREDACTED MOTION
FOR SUMMARY JUDGMENT AND
EXHIBITS - 2